IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED OCT 22  4:15 PM '03
U.S. DISTRICT COURT
NEW HAVEN CONN.

-----------------------------------------------------x
RICHARD BOURT, JR.                 :      3:02 CV 191 (AVC)
                                   :
v.                                 :
                                   :
METRO-NORTH RAILROAD CO.           :      DATE:  OCT. 22, 2003
                                   :
-----------------------------------------------------x
-----------------------------------------------------x
JOHN S. RIGHTON                    :      3:02 CV 892 (AVC)
                                   :
v.                                 :
                                   :
CONSOLIDATED RAIL CORP.            :      DATE: OCT. 22, 2003
                                   :
-----------------------------------------------------x
-----------------------------------------------------x
ROBERT HICKEY                      :      3:02 CV 1674 (CFD)
                                   :
v.                                 :
                                   :
METRO-NORTH RAILROAD CO.           :      DATE: OCT. 22, 2003
                                   :
-----------------------------------------------------x
-----------------------------------------------------x
SAMUEL COMPO                       :      3:02 CV 1675 (PCD)
                                   :
v.                                 :
                                   :
METRO-NORTH RAILROAD CO. ET AL.    :      DATE: OCT. 22, 2003
                                   :
-----------------------------------------------------x

AO 72A
(Rev. 8/82)

```
------------------------------------------------x
RICHARD K. LASKEVITCH              :   3:02 CV 1676 (GLG)
                                   :
v.                                 :
                                   :
METRO-NORTH RAILROAD CO. ET AL.    :   DATE: OCT. 22, 2003
                                   :
------------------------------------------------x
------------------------------------------------x
                                   :
MICHAEL SELMONT                    :   3:02 CV 1677 (GLG)
                                   :
v.                                 :
                                   :
METRO-NORTH RAILROAD CO. ET AL.    :   DATE: OCT. 22, 2003
                                   :
------------------------------------------------x
------------------------------------------------x
                                   :
ROBERT FUDA                        :   3:02 CV 1678 (RNC)
                                   :
v.                                 :
                                   :
METRO-NORTH RAILROAD CO. ET AL.    :   DATE: OCT. 22, 2003
                                   :
------------------------------------------------x
------------------------------------------------x
                                   :
JOHN P. GEARY                      :   3:02 CV 1679 (WWE)
                                   :
v.                                 :
                                   :
METRO-NORTH RAILROAD CO. ET AL.    :   DATE: OCT. 22, 2003
                                   :
------------------------------------------------x
```

AO 72A
(Rev. 8/82)

```
-----------------------------------------x
THOMAS KINIRY                      :    3:02 CV 1680 (JBA)
                                   :
   v.                              :
                                   :
METRO-NORTH RAILROAD CO. ET AL.    :    DATE: OCT. 22, 2003
                                   :
-----------------------------------------x
-----------------------------------------x
JOHN RAGGI                         :    3:02 CV 1681 (GLG)
                                   :
   v.                              :
                                   :
METRO-NORTH RAILROAD CO. ET AL.    :    DATE: OCT. 22, 2003
                                   :
-----------------------------------------x
-----------------------------------------x
EDWARD P. RUSSO                    :    3:02 CV 1682 (JCH)
                                   :
   v.                              :
                                   :
METRO-NORTH RAILROAD CO. ET AL.    :    DATE: OCT. 22, 2003
                                   :
-----------------------------------------x
-----------------------------------------x
JAMES SCOFIELD                     :    3:02 CV 1683 (JCH)
                                   :
   v.                              :
                                   :
METRO-NORTH RAILROAD CO. ET AL.    :    DATE: OCT. 22, 2003
                                   :
-----------------------------------------x
```

```
------------------------------------------------x
                                                :
MILLARD J. SULLIVAN                             :   3:02 CV 1684 (JCH)
                                                :
    v.                                          :
                                                :
METRO-NORTH RAILROAD CO. ET AL.                 :   DATE: OCT. 22, 2003
                                                :
------------------------------------------------x
------------------------------------------------x
                                                :
TIMOTHY SWEENEY                                 :   3:02 CV 1872 (RNC)
                                                :
    v.                                          :
                                                :
METRO-NORTH RAILROAD CO. ET AL.                 :   DATE: OCT. 22, 2003
                                                :
------------------------------------------------x
------------------------------------------------x
                                                :
ROBERT BLACK                                    :   3:02 CV 1873 (AVC)
                                                :
    v.                                          :
                                                :
METRO-NORTH RAILROAD CO. ET AL.                 :   DATE: OCT. 22, 2003
                                                :
------------------------------------------------x
------------------------------------------------x
                                                :
KARL KAUTZ                                      :   3:02 CV 1874 (JBA)
                                                :
    v.                                          :
                                                :
METRO-NORTH RAILROAD CO. ET AL.                 :   DATE: OCT. 22, 2003
                                                :
------------------------------------------------x
```

AO 72A
(Rev. 8/82)

-------------------------------------------------x

ALFRED SCHUMACHER              :    3:02 CV 1875 (AHN)

v.                             :

METRO-NORTH RAILROAD CO. ET AL. :    DATE: OCT. 22, 2003
-------------------------------------------------x
-------------------------------------------------x

BILLY JOE WILSON               :    3:02 CV 1876 (DJS)

v.                             :

METRO-NORTH RAILROAD CO. ET AL. :    DATE: OCT. 22, 2003
-------------------------------------------------x
-------------------------------------------------x

FRANCIS E. BAKUTIS             :    3:02 CV 1877 (MRK)

v.                             :

METRO-NORTH RAILROAD CO. ET AL. :    DATE: OCT. 22, 2003
-------------------------------------------------x
-------------------------------------------------x

CHARLES KANE                   :    3:02 CV 1878 (CFD)

v.                             :

METRO-NORTH RAILROAD CO. ET AL. :    DATE: OCT. 22, 2003
-------------------------------------------------x

5

```
-----------------------------------------------x
FREDERICK N. KOVAL                  :    3:02 CV 1879 (GLG)

v.                                  :

METRO-NORTH RAILROAD CO. ET AL.     :    DATE: OCT. 22, 2003
-----------------------------------------------x
-----------------------------------------------x
SIGISMONDO LoVERME                  :    3:02 CV 1880 (PCD)

v.                                  :

METRO-NORTH RAILROAD CO. ET AL.     :    DATE: OCT. 22, 2003
-----------------------------------------------x
-----------------------------------------------x
HENRY MACKEY                        :    3:02 CV 1881 (AWT)

v.                                  :

METRO-NORTH RAILROAD CO. ET AL.     :    DATE: OCT. 22, 2003
-----------------------------------------------x
-----------------------------------------------x
LOUIS MURRAY                        :    3:02 CV 1882 (JBA)

v.                                  :

METRO-NORTH RAILROAD CO. ET AL.     :    DATE: OCT. 22, 2003
-----------------------------------------------x
```

6

```
-----------------------------------x
TIMOTHY STRAND                     :    3:02 CV 1883 (AWT)
                                   :
    v.                             :
                                   :
METRO-NORTH RAILROAD CO. ET AL.    :    DATE: OCT. 22, 2003
-----------------------------------x
-----------------------------------x
JAMES E. CAFFREY                   :    3:02 CV 1884 (CFD)
                                   :
    v.                             :
                                   :
METRO-NORTH RAILROAD CO. ET AL.    :    DATE: OCT. 22, 2003
-----------------------------------x
-----------------------------------x
NICKOLAS ATLAS                     :    3:02 CV 2029 (DJS)
                                   :
    v.                             :
                                   :
METRO-NORTH RAILROAD CO.           :    DATE: OCT. 22, 2003
-----------------------------------x
-----------------------------------x
MICHAEL BETTINI                    :    3:02 CV 2030 (RNC)
                                   :
    v.                             :
                                   :
METRO-NORTH RAILROAD CO. ET AL.    :    DATE: OCT. 22, 2003
-----------------------------------x
```

AO 72A
Rev. 8/82)

```
-----------------------------------x
PAUL CIUZIO                        :    3:02 CV 2032 (JBA)
                                   :
v.                                 :
                                   :
METRO-NORTH RAILROAD CO. ET AL.    :    DATE: OCT. 22, 2003
-----------------------------------x
-----------------------------------x
RICHARD FANNING                    :    3:02 CV 2034 (SRU)
                                   :
v.                                 :
                                   :
METRO-NORTH RAILROAD CO. ET AL.    :    DATE: OCT. 22, 2003
-----------------------------------x
-----------------------------------x
THOMAS FARLEY                      :    3:02 CV 2035 (WWE)
                                   :
v.                                 :
                                   :
METRO-NORTH RAILROAD CO. ET AL.    :    DATE: OCT. 22, 2003
-----------------------------------x
-----------------------------------x
CALOGERO FARRUGGIO                 :    3:02 CV 2036 (CFD)
                                   :
v.                                 :
                                   :
METRO-NORTH RAILROAD CO. ET AL.    :    DATE: OCT. 22, 2003
-----------------------------------x
```

O 72A
Rev. 8/82)

```
-----------------------------------------X
CLYDE GIBBS                              :    3:02 CV 2037 (WWE)
                                         :
        v.                               :
                                         :
METRO-NORTH RAILROAD CO. ET AL.          :    DATE: OCT. 22, 2003
                                         :
-----------------------------------------X
-----------------------------------------X
THOMAS INFANTINO                         :    3:02 CV 2038 (GLG)
                                         :
        v.                               :
                                         :
METRO-NORTH RAILROAD CO. ET AL.          :    DATE: OCT. 22, 2003
                                         :
-----------------------------------------X
-----------------------------------------X
ANTONIO SARTORI                          :    3:02 CV 2039 (PCD)
                                         :
        v.                               :
                                         :
METRO-NORTH RAILROAD CO. ET AL.          :    DATE: OCT. 22, 2003
                                         :
-----------------------------------------X
-----------------------------------------X
LAWRENCE TRAMAGLINI                      :    3:02 CV 2040 (SRU)
                                         :
        v.                               :
                                         :
METRO-NORTH RAILROAD CO. ET AL.          :    DATE: OCT. 22, 2003
                                         :
-----------------------------------------X
```

9

```
------------------------------------------------x
JOSEPH WALZ                          :    3:02 CV 2041 (DJS)
                                     :
   v.                                :
                                     :
METRO-NORTH RAILROAD CO. ET AL.      :    DATE: OCT. 22, 2003
------------------------------------------------x
------------------------------------------------x
MAURICE BARRETT                      :    3:03 CV 180 (DJS)
                                     :
   v.                                :
                                     :
METRO-NORTH RAILROAD CO. ET AL.      :    DATE: OCT. 22, 2003
------------------------------------------------x
------------------------------------------------x
DAVID B. BETRIX                      :    3:03 CV 181 (WWE)
                                     :
   v.                                :
                                     :
METRO-NORTH RAILROAD CO. ET AL.      :    DATE: OCT. 22, 2003
------------------------------------------------x
------------------------------------------------x
THOMAS BYRNE, SR.                    :    3:03 CV 182 (CFD)
                                     :
   v.                                :
                                     :
METRO-NORTH RAILROAD CO. ET AL.      :    DATE: OCT. 22, 2003
------------------------------------------------x
```

10

O 72A
(ev. 8/82)

```
-----------------------------------------X
   FRANK A. DiLORENZO              :     3:03 CV 183 (AWT)
                                   :
   v.                              :
                                   :
   METRO-NORTH RAILROAD CO. ET AL. :     DATE: OCT. 22, 2003
-----------------------------------------X
-----------------------------------------X
   DENNIS INCONSTANTI              :     3:03 CV 184 (JCH)
                                   :
   v.                              :
                                   :
   METRO-NORTH RAILROAD CO. ET AL. :     DATE: OCT. 22, 2003
-----------------------------------------X
-----------------------------------------X
   JOHN F. JOHNSON, JR.            :     3:03 CV 185 (GLG)
                                   :
   v.                              :
                                   :
   METRO-NORTH RAILROAD CO. ET AL. :     DATE: OCT. 22, 2003
-----------------------------------------X
-----------------------------------------X
   JOHN J. MELILLO                 :     3:03 CV 186 (RNC)
                                   :
   v.                              :
                                   :
   METRO-NORTH RAILROAD CO.        :     DATE: OCT. 22, 2003
-----------------------------------------X
```

11

O 72A
Rev. 8/82)

```
-------------------------------------------------x
JERRY D. PATTERSON, SR.            :    3:03 CV 187 (GLG)
                                   :
    v.                             :
                                   :
METRO-NORTH RAILROAD CO. ET AL.    :    DATE: OCT. 22, 2003
                                   :
-------------------------------------------------x
-------------------------------------------------x
PEDRO S. RODRIGUEZ                 :    3:03 CV 188 (JBA)
                                   :
    v.                             :
                                   :
METRO-NORTH RAILROAD CO. ET AL.    :    DATE: OCT. 22, 2003
                                   :
-------------------------------------------------x
-------------------------------------------------x
RICHARD STARR                      :    3:03 CV 189 (RNC)
                                   :
    v.                             :
                                   :
METRO-NORTH RAILROAD CO. ET AL.    :    DATE: OCT. 22, 2003
                                   :
-------------------------------------------------x
-------------------------------------------------x
ROBERT WEST                        :    3:03 CV 190 (AWT)
                                   :
    v.                             :
                                   :
METRO-NORTH RAILROAD CO. ET AL.    :    DATE: OCT. 22, 2003
                                   :
-------------------------------------------------x
```

12

O 72A
(ev. 8/82)

```
------------------------------------x
ROBERT F. WRIGHT                    :
                                    :     3:03 CV 191 (RNC)
    v.                              :
                                    :
METRO-NORTH RAILROAD CO. ET AL.     :     DATE: OCT. 22, 2003
------------------------------------x
------------------------------------x
ALPHUS J. COBB                      :
                                    :     3:03 CV 532 (MRK)
    v.                              :
                                    :
CONSOLIDATED RAIL CORP. ET AL.      :     DATE: OCT. 22, 2003
------------------------------------x
------------------------------------x
RICHARD NUZZELILLO                  :
                                    :     3:03 CV 533 (WWE)
    v.                              :
                                    :
METRO-NORTH RAILROAD CO.            :     DATE: OCT. 22, 2003
------------------------------------x
------------------------------------x
THOMAS M. SMITH                     :
                                    :     3:03 CV 534 (RNC)
    v.                              :
                                    :
CONSOLIDATED RAIL CORP. ET AL.      :     DATE: OCT. 22, 2003
------------------------------------x
```

13

```
----------------------------------------x
DENNIS M. NAPOLITANO, SR.          :     3:03 CV 975 (AVC)
                                   :
v.                                 :
                                   :
                                   :
METRO-NORTH RAILROAD CO. ET AL.    :     DATE: OCT. 22, 2003
                                   :
----------------------------------------x
```

## MEMORANDUM OF SETTLEMENT CONFERENCE

Date of Conference:   October 21, 2003

Attorneys Present:    Scott E. Perry, Esq.
                      (For 48 Plaintiffs)

                      Robert T. Naumes, Esq.
                      (For Plaintiffs Righton, Cobb, Nuzzelillo, Smith & Napolitano)

                      Anthony D. Sutton, Esq.
                      (For Defendant Metro-North Railroad Co.)

                      Lori A. McCarthy, Esq.
                      (For Defendants Consolidated Railroad Corp. & American Financial Group, Inc.)

### DISCUSSIONS

Settlement discussions were not productive regarding Compo v. Metro-North Railroad Co., 02 CV 1675 (PCD), Geary v. Metro-North Railroad Co., 02 CV 1679 (WWE), Sweeney v. Metro-North Railroad Co., 02 CV 1872 (RNC), Betrix v. Metro-North Railroad Co., 03 CV 181 (WWE), Cobb v. Consolidated Railroad Corp., 03 CV 532 (MRK), Nuzzellilo v. Metro-North Railroad Co., 03 CV 533 (WWE), and Smith v. Consolidated Railroad Corp., 03 CV 534 (RNC).

Brief discussions were held regarding discovery. Counsel agreed to the deadlines set forth below.

14

## ORDERS

1. By agreement of counsel, plaintiffs shall file a Motion to Compel with respect to discovery from defendant Metro-North **on or before November 14, 2003**.

2. By further agreement of counsel, defendants shall file a Motion to Enforce Settlement with respect to <u>Laskevitch v. Metro-North Railroad Co.</u>, 3:02 CV 1676 (GLG), **on or before November 25, 2003**.

3. The Magistrate Judge is available for such other conferences (which may be held telephonically) as may be necessary.

Dated at New Haven, Connecticut, this 22nd day of October, 2003.

_____
Joan Glazer Margolis
U.S. Magistrate Judge

15