## **AFFIDAVIT**

STATE OF CONNECTICUT )
                                  ) ss:  New Haven
COUNTY OF NEW HAVEN  )

**SCOTT E. PERRY**, being duly sworn, deposes and says:

1. I am over the age of 18 and I understand the obligations of taking an oath.

2. I represent the hearing loss plaintiffs identified on the caption of Plaintiffs' Motion To Compel Metro-North.

3. On April 2, 2003, I met and conferred with Metro-North's attorney, Tony Sutton, in good faith pursuant to Fed. R. Civ. P. 37 and D. Conn. L. R. Civ. P. 37. As a result of our conference, many issues were eliminated and many issues were reduced or narrowed.

4. My April 7, 2003 letter to Attorney Sutton attached hereto accurately reflects the issues discussed and the results of our Rule 37 conference.

5. Despite the parties' good faith efforts to resolve their discovery issues, several issues remain unresolved and Metro-North has failed to respond to many discovery requests to which it has no objections or to which it withdrew objections.

    SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY

                                                      _____
                                                      Scott E. Perry

Subscribed and sworn to before me this 14th day of November, 2003.

                                                      _____
                                                     Notary Public