UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROBERT BOURT | : |
| | : CIVIL ACTION NO. 3:02 CV 00191 (AVC) |
| Plaintiff, | : |
| | : |
| v. | : FELA HEARING LOSS CASE - MAY BE |
| | : FILED IN NEW HAVEN AS ORDERED BY |
| METRO NORTH RAIL ROAD CO. | : MAGISTRATE JUDGE MARGOLIS |
| | : |
| Defendant. | : MAY 19, 2004 |

## MOTION FOR EXTENSION OF SCHEDULING ORDER DEADLINES

The undersigned defendant, Metro North R.R. Co., with the consent and agreement of the plaintiff, hereby moves this court for a 30-day extension of time of certain remaining scheduling order deadlines for the first two "batches" of hearing loss cases, as contained in this Court's Memorandum of Status Conference dated July 17, 2003.

Specifically, the defendant seeks to (1) extend the deadline for deposing the plaintiff's expert(s) one month, up to and including June 30, 2004, (2) extend the deadline for disclosing the defendant's expert reports one month, up to and including June 30, 2004, and (3) extend the deadline for deposing the defendant's expert(s) one month, up to and including July 30, 2004.

Counsel for the plaintiff has been contacted regarding this motion, and as noted above, he has no objection to the instant motion.

Respectfully submitted,

                        THE DEFENDANT,
                        METRO NORTH RR CO.

By: _____
      Anthony D. Sutton, Esq., (CT 20607)
      Ryan, Ryan, Johnson & Deluca, LLP
      80 Fourth Street, P.O. Box 3057
      Stamford, CT   06905
      Phone No. 203-357-9200

## CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2004, a copy of the above was mailed to the following counsel and pro se parties of record:

Scott Perry, Esq.
Cahill & Goetsch, PC
43 Trumbull Street
New Haven, CT 06511-1059
Attorney for Plaintiff, Robert Bourt

_____
Anthony D. Sutton, Esq.

I:\Procases\205.119\extenddeadlines051704.wpd
205.119

- 3 -