UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROBERT BOURT | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : CIVIL ACTION NO. 3:02 CV 00191 (AVC) |
| | : **MAY BE FILED IN NEW HAVEN AS** |
| METRO NORTH RAIL ROAD CO. | : **ORDERED BY MAGISTRATE** |
| | : **MARGOLIS** |
| Defendant. | : |

JANUARY 13, 2005

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Defendant, Metro North RR Co..

Dated: January 10, 2005

_____

Susan B. Parzymieso, Esq.  (CT 25301)
Ryan, Ryan, Johnson & Deluca, LLP
80 Fourth Street, P.O. Box 3057
Stamford, CT   06905
Phone No. 203-357-9200

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 13, 2005, a copy of the above was mailed to the following counsel and pro se parties of record:

Scott Perry, Esq.
Cahill, Goetsch & Maurer, PC
43 Trumbull Street
New Haven, CT 06511-1059
Attorney for Plaintiff, Robert Bourt

                                                                                             _____
                                                                                              Susan B. Parzymieso, Esq.

I:\Procases\205.119\appearancebourt.wpd
205.119