UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROBERT BOURT | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | CIVIL ACTION NO. 3:02 CV 00191 (AVC) |
| METRO NORTH RAIL ROAD CO. | : | |
| | : | |
| Defendant. | : | SEPTEMBER 13, 2005 |

**MOTION FOR EXTENSION OF PRETRIAL DEADLINE**

The undersigned Defendant, Metro-North Railroad Company, hereby moves this court for an extension of time, absent objection, with respect to this Court's Pretrial Order dated August 19, 2005.

Specifically, the defendant seeks to extend the deadline for filing the Trial Brief two weeks to October 3, 2005. This case has not yet been assigned a trial date and there are no other pending scheduling order deadlines.

The defendant and counsel for plaintiff are involved in approximately thirty (30) additional pending hearing loss cases, brought pursuant to the Federal Employers Liability Act. Counsel are completing discovery in approximately half of these cases, pursuant to discovery related scheduling orders, which have already been extended. In addition, a Joint Trial Memorandum was ordered to be filed by September 13, 2005, in the hearing loss case <u>Rodriguez v. Metro-North Commuter</u>

Railroad, Case No. 3:03 CV 00188 (JBA), which both counsel had been preparing until it recently settled.

This two week extension of time will permit both counsel to complete the outstanding discovery in the related actions and permit counsel the time necessary to properly prepare this case for trial.

The defendant submits that this is the first extension of time sought with respect to the pretrial deadline set forth on August 19, 2005. Counsel for the plaintiff has been contacted regarding this motion, and as noted above, he has no objection to the instant motion.

Respectfully submitted,

                            THE DEFENDANT,
                            METRO NORTH RAILROAD COMPANY

By:_____
    Susan B. Parzymieso, Esq., (CT 25301)
    Ryan, Ryan, Johnson & Deluca, LLP
    80 Fourth Street, P.O. Box 3057
    Stamford, CT   06905
    Phone No. 203-357-9200

## CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2005, a copy of the above was mailed to the following counsel and pro se parties of record:

Scott Perry, Esq.
Cahill, Goetsch & Maurer, PC
43 Trumbull Street
New Haven, CT 06511-1059
Attorney for Plaintiff, Robert Bourt

_____
Susan B. Parzymieso, Esq.

I:\Procases\205.119\mtn4extnsTrial Brief.wpd
205.119