47

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2005 SEP 15 A 11: 08
DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| ROBERT BOURT | : |
| Plaintiff, | : |
| v. | : |
| METRO NORTH RAIL ROAD CO. | : CIVIL ACTION NO. 3:02 CV 00191 (AVC) |
| Defendant. | : SEPTEMBER 13, 2005 |

## MOTION FOR EXTENSION OF PRETRIAL DEADLINE

The undersigned Defendant, Metro-North Railroad Company, hereby moves this court for an extension of time, absent objection, with respect to this Court's Pretrial Order dated August 19, 2005.

Specifically, the defendant seeks to extend the deadline for filing the Trial Brief two weeks to October 3, 2005. This case has not yet been assigned a trial date and there are no other pending scheduling order deadlines.

The defendant and counsel for plaintiff are involved in approximately thirty (30) additional pending hearing loss cases, brought pursuant to the Federal Employers Liability Act. Counsel are completing discovery in approximately half of these cases, pursuant to discovery related scheduling orders, which have already been extended. In addition, a Joint Trial Memorandum was ordered to be filed by September 13, 2005, in the hearing loss case <u>Rodriguez v. Metro-North Commuter</u>

September 19, 2005. GRANTED.
SO ORDERED.
Alfred V. Covello, U.S.D.J.