UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| RICHARD BOURT : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | |
| : | CIVIL ACTION NO. 3:02 CV 00191 (AVC) |
| METRO-NORTH RAILROAD COMPANY : | |
| : | |
| Defendant. : | |

SEPTEMBER 20, 2005

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Defendant, MTA Metro-North Railroad.

Dated:  September 20, 2005   _____

Charles A. Deluca, Esq.  (CT 05255)
Ryan, Ryan, Johnson & Deluca, LLP
80 Fourth Street, P.O. Box 3057
Stamford, CT   06905
Phone No. 203-357-9200

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 19, 2005, a copy of the above was mailed to the following counsel and pro se parties of record:

Scott Perry, Esq.
Cahill, Goetsch & Maurer, PC
43 Trumbull Street
New Haven, CT 06511-1059
Attorney for Plaintiff, Robert Bourt

 

_____
Charles A. Deluca, Esq.

I:\Procases\205.119\appearcad091905.wpd
205.119