## UNITED STATES DISTRICT COURT

### DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RICHARD BOURT | : | |
| | : | CIVIL ACTION NO. 3:02 CV 00191 (AVC) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| METRO-NORTH RAILROAD COMPANY | : | OCTOBER 3, 2005 |
| | : | |
| Defendant. | : | |

## DEFENDANT METRO-NORTH RAILROAD COMPANY'S PROPOSED VOIRE DIRE

1.  Please state your name, age, occupation, spouse's occupation, whether you have any children, their ages and occupations.

2.  Are you or any member of your family a member of a union? If so, please state which union.

3.  Have you or any member of your family ever been a party in any civil lawsuit?

    a.  If so, could you briefly describe the circumstances of the lawsuit?

    b.  Was there anything about that experience which would tend to make you biased or prejudiced in any way to any party?

4.  Have you ever been involved in an accident in which you sustained any injury to your body?

5. If so,

    a. describe the injury.

    b. describe the circumstances of the accident and injury.

    c. was a claim made?

    d. how was the claim resolved?

    e. was there anything about that experience which would cause you not to be objective in deciding this case?

6. Do you understand that under our system of justice, it is the burden of the plaintiff to prove his case against the defendant?

7. As part of that, do you understand that the plaintiff must prove that the claimed injury was caused as a result of the defendant's fault and that the plaintiff's injury was the direct consequence thereof?

8. Do you understand that the defendant does not have to prove that it wasn't at fault?

9. If at the end of this case you find that the defendant Metro-North Railroad Company was not responsible for the plaintiff's injury, could you return a verdict for the defendant Metro-North?

10. Have you or any members of your family ever worked for Metro-North Railroad Company or any other railroad?

11. If so,

    a. which railroad?

      b.     when did you or they work there?

      c.     did you or they ever make a claim against the railroad for injuries sustained?

      d.     is there anything about your or their employment on the railroad which would color your thinking in this case or cause you to be biased toward either one of the parties in this action?

12. Do you have any feelings, pro or con, concerning Metro-North Railroad Company or any other railroad, which might cause you to be anything less than fair in deciding this case?

13. Can you be fair to all sides in this dispute and render a fair and impartial verdict?

14. Will you be able to apply your common sense to the facts of this case in making your decision?

15. Have you ever sat on a jury before on a case that went to verdict?

      a.     If so, what type of case was it?

      b.     Was there anything about that experience which would prevent you from sitting on this jury and being fair and impartial to both sides?

16. Have you or anyone your know of had partial hearing loss or any other form/type of hearing loss?

17. If so, would the knowledge you have of hearing loss impair your ability to be fair and neutral in this case?

18. Will you be able to follow the letter of the law even if you personally do not agree with the results or outcome that results from doing so?

THE DEFENDANT,
METRO NORTH RR CO.


By: _____
Susan B. Parzymieso, Esq., (CT 25301)
Ryan, Ryan, Johnson & Deluca, LLP
80 Fourth Street, P.O. Box 3057
Stamford, CT   06905
Phone No. 203-357-9200


## CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2005, a copy of the above was mailed to the following counsel and pro se parties of record:

Scott Perry, Esq.
Cahill, Goetsch & Maurer, PC
43 Trumbull Street
New Haven, CT 06511-1059
Attorney for Plaintiff, Robert Bourt


_____
Susan B. Parzymieso, Esq.

I:\Procases\205.119\proposedvoirdire.wpd
205.119