56

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2006 APR 10 A 11: 17

———————————————————X

RICHARD BOURT, JR.,

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY,

    Defendant

CIVIL ACTION

NO. 3:02CV0191 (AVC)

———————————————————X

### STIPULATION FOR DISMISSAL

It is hereby stipulated and agreed that this matter may be dismissed with prejudice and without costs to either party.

PLAINTIFF, RICHARD BOURT, JR.

BY_____
Scott E. Perry (ct17236)
CAHILL, GOETSCH & MAURER, P.C.
43 Trumbull Street
New Haven, Connecticut 06510
(203) 777-1000

DEFENDANT, METRO-NORTH
RAILROAD COMPANY

BY_____
Susan B. Parzymieso (ct25301)
RYAN, RYAN, JOHNSON & DELUCA, LLP
80 Fourth Street, P.O. Box 3057
Stamford, Connecticut 06905
(203) 357-9200

April 12, 2006.   SO ORDERED.

Alfred V. Covello, U.S.D.J.